**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Benjamin Rose,<br><br>Plaintiff,<br><br>v.<br><br>Enriched Living, LLC,<br><br>Defendant. | Civ. No. 25-3234 (JWB/DTS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") in this matter on July 14, 2026. (Doc. No. 50.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The July 14, 2026 R&R (Doc. No. 50) is **ACCEPTED**.

2. Defendant Enriched Living, LLC's Motion to Dismiss (Doc. No. 34) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   A. The Motion is **GRANTED** as to Counts II, III, V, and VI;

   B. The Motion is **GRANTED** as to Count IV to the extent it asserts claims for disability discrimination, failure to accommodate, and reprisal;

   C. The Motion is **DENIED** as to Count I;

D. The Motion is **DENIED** as to Count IV to the extent it asserts a claim for national origin discrimination.

Date: August 25, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge